WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| MICHELLE CHRISTINE DANSON-SALA,) | CASE NO.: EDCV 20-02090 ADS |
| Plaintiff, ) | ORDER AWARDING EAJA FEES |
| v. ) | |
| KILOLO KIJAKAZI, Acting ) Commissioner of Social Security ) Administration, ) | |
| Defendant. ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND SIX HUNDRED NINE DOLLARS and 60/cents ($3,609.60), as authorized by 28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:   3/25/2022                    /s/ Autumn D. Spaeth
                                      HONORABLE AUTUMN D. SPAETH
                                      UNITED STATES MAGISTRATE JUDGE

1